**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RIYAD KHLEIF,**

     **Plaintiff,**

**v.**                                                            **Case No.:  8:18-cv-554 T26 MAP**

**CARRINGTON MORTGAGE**
**SERVICES, LLC et al,**

     **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **RIYAD KHLEIF**, hereby discloses the following pursuant to this Court's Interested Persons Order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

        **Riyad Khleif – Plaintiff**

        **Brandon J. Hill – Attorney for Plaintiff**

        **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**

        **Carrington Mortgage Services, LLC - Defendant**

        **Equifax Information Services, LLC – Defendant**

        **Experian Information Solutions, Inc. – Defendant**

        **Trans Union, LLC - Defendant**

2.     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:  **None.**

3.     The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  **None.**

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution:    **Riyad Kleif.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 14th day of March, 2018.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar No. 37061
**Wenzel Fenton Cabassa P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 337-7992
Facsimile No.: 813-229-8712
Email: bhill@wfclaw.com
Email: jcornell@wfclaw.com
*Co-Counsel Attorneys for Plaintiff*

 AND

**Andrew J. Guzzo**, *pro hac vice forthcoming*

2

**Kelly & Crandall, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: aguzzo@kellyandcrandall.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of March, 2018, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Carrington Mortgage Services, LLC**
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**Experian Information Solutions, Inc.**
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**Trans Union, LLC**
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
1201 Hays Street
Tallahassee, FL 32301

**Equifax Information Services, LLC**
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 323201-2525

*/s/Brandon J. Hill*
**BRANDON J. HILL**

3