**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


**RIYAD KHLEIF,**

    **Plaintiff,**

**v.**                                        **Case No.:  8:18-cv-554 T26 MAP**

**CARRINGTON MORTGAGE**
**SERVICES, LLC et al,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:


☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other

Actions upon each party no later than eleven days after appearance of the party.

Dated this 14th day of March, 2018.

Respectfully submitted,

*/s/ Brandon J. Hill*

**BRANDON J. HILL**
Florida Bar No. 37061
**Wenzel Fenton Cabassa P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 337-7992
Facsimile No.: 813-229-8712
Email: bhill@wfclaw.com
Email: jcornell@wfclaw.com
*Co-Counsel Attorneys for Plaintiff*

AND

**Andrew J. Guzzo**, *pro hac vice forthcoming*
**Kelly & Crandall, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: aguzzo@kellyandcrandall.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of March, 2018, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Carrington Mortgage Services, LLC**
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

2

**Experian Information Solutions, Inc.**
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**Trans Union, LLC**
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
1201 Hays Street
Tallahassee, FL 32301

**Equifax Information Services, LLC**
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 323201-2525

*/s/ Brandon J. Hill*
**BRANDON J. HILL**