# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:18-CV-554 T26 MAP

Plaintiff:
**ROD A. KHLEIF, SR.**

vs.

Defendants:
**CARRINGTON MORTGAGE SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC**

MSI2018002302

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 North Florida Ave.
Suite 300
Tampa, FL 33602

Received by MercuryServe, Inc. on the 14th day of March, 2018 at 9:05 am to be served on **Experian Information Solutions, Inc. c/o Registered Agent: CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **14th day of March, 2018 at 4:00 pm, I:**

Served the within named corporation/entity by delivering a true copy of the Summons In A Civil Action and Complaint and Jury Demand, with Civil Cover Sheet with the date and hour of service endorsed thereon by me to: Monika Creary as employee of the Registered Agent (Company) for Experian Information Solutions, Inc. at 1200 South Pine Island Road, Plantation, FL 33324 and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

**Eric Deal**
SPS 336

Subscribed and Sworn to before me on the 15th day of March, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGGOO
Notary Public - State of Florida
Commission # GG 036687
My Comm. Expires Jan 5, 2021
Bonded through National Notary Assn.

**MercuryServe, Inc.**
**412 E. Madison Street**
**Suite 815**
**Tampa, FL 33602**
**(813) 223-5400**

Our Job Serial Number: MSI-2018002302

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p