## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:18-CV-554 T26 MAP

Plaintiff:
**ROD A. KHLEIF, SR.**

vs.

Defendants:
**CARRINGTON MORTGAGE SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC**

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 North Florida Ave.
Suite 300
Tampa, FL 33602

MSI2018002305

Received by MERCURY SERVE, INC. on the 7th day of March, 2018 at 4:52 pm to be served on **Equifax Information Services, LLC c/o Registered Agent: Corporation Service Company, 1201 Hays St., Tallahassee, FL 32301-2525**.

I, Christopher Kady, do hereby affirm that on the **13th day of March, 2018** at **1:30 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons In A Civil Action and Complaint and Jury Demand, with Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **CUSTOMER SERVICE SPECIALIST** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **Equifax Information Services, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 121, Hair: RED, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Christopher Kady**
Process Server 237

**MERCURY SERVE, INC.**
**412 E. Madison St.**
**Suite 1120**
**Tampa, FL 33602**
**(813) 223-5400**

Our Job Serial Number: MSI-2018002305

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Rod A. Khleif, Sr. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:18 cv 554 T 26mAP |
| Carrington Mortgage Services, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equifax Information Services, LLC
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

CK237

MAR 1 3 2018

1:30 Pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Hill, Esq.
Wenzel Fenton Cabassa, P.A.
1110 N Florida Ave., Ste 300
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 7 2018 _____

_____
*Signature of Clerk or Deputy Clerk*