**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(TAMPA)**

ROD A. KHLEIF, SR.,

       Plaintiff,

                                      Case No. 8:18-cv-00554-RAL-MAP

v.

CARRINGTON MORTGAGE SERVICES,
LLC, et al.,

       Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby submits

the following certificate of interested persons and corporate disclosure statement:

       1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Rod A. Khleif, Sr., Plaintiff

Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Rd Ste 202
Fairfax, VA 22030

Brandon J. Hill
Wenzel Fenton Cabassa, PA
1110 N Florida Ave Ste 300
Tampa, FL 33602-3343

Equifax Information Services LLC, Defendant

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Phyllis B. Sumner and J. Anthony Love are trial counsel for Equifax Information Services LLC

King & Spalding, LLP, counsel for Equifax Information Services LLC

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Other than the Plaintiff in this lawsuit, Equifax is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential

conflict of interest involving the district judge and magistrate judge assigned to this case, and

will immediately notify the Court in writing on learning of any such conflict.  I further certify

that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted this 3rd day of April, 2018.

By: */s/ J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com
Counsel for Defendant Equifax Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served

via the court's CM/ECF system on the following counsel of record in this case:

Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Rd Ste 202
Fairfax, VA 22030

Brandon J. Hill
Wenzel Fenton Cabassa, PA
1110 N Florida Ave Ste 300
Tampa, FL 33602-3343

Franklin G. Cosmen , Jr.
Quintairos, Prieto, Wood & Boyer, PA
9300 S Dadeland Blvd, 4th Flr
Miami, FL 33156

This 3rd day of April, 2018.


                                              */s/ J. Anthony Love*
                                              J. Anthony Love