## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## (TAMPA)

ROD A. KHLEIF, SR.,

      Plaintiff,

                                          Case No. 8:18-cv-00554-RAL-MAP

v.

CARRINGTON MORTGAGE SERVICES,
LLC, et al.,

      Defendants.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

| | |
|---|---|
| _____ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or State court, or administrative agency as indicated below: |
| X\_\_\_\_\_ IS NOT | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or State court, or administrative agency. |

      I further certify that I will serve a copy of the Notice of Pendency of Related Actions

upon each party no later than eleven days after appearance of the party.

      Respectfully submitted this 3rd day of April, 2018.

                                  By: */s/ J. Anthony Love*
                                         J. Anthony Love
                                       Florida Bar No. 67224
                                       King & Spalding LLP
                                       1180 Peachtree Street, N.E.
                                       Atlanta, Georgia 30309
                                       Tel: (404) 572-4600
                                       Fax: (404) 572-5100
                                       tlove@kslaw.com
                                       Counsel for Defendant Equifax Information
                                       Services LLC

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been served

via the court's CM/ECF system on the following counsel of record in this case:

Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Rd Ste 202
Fairfax, VA 22030

Brandon J. Hill
Wenzel Fenton Cabassa, PA
1110 N Florida Ave Ste 300
Tampa, FL 33602-3343

Franklin G. Cosmen , Jr.
Quintairos, Prieto, Wood & Boyer, PA
9300 S Dadeland Blvd, 4th Flr
Miami, FL 33156

This 3rd day of April, 2018.

/s/ J. Anthony Love
J. Anthony Love