IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROD A. KHLEIF, SR.,

               Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

               Defendants.

CASE NO. 8:18-CV-00554-RAL-MAP

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I hereby certify that the instant action:

\_\_\_\_ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

             _____

             _____

\_X\_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

             Respectfully submitted,

             */s/ Franklin G. Cosmen, Jr.*
             **FRANKLIN G. COSMEN, JR.**

1

9876130.1/SP/83057/3278/040318

2

Florida Bar No. 0089214
fcosmen@qpwblaw.com
Quintairos, Prieto, Wood & Boyer P.A.
9300 S. Dadeland Blvd, 4th Floor
Miami, Florida 33156
(305) 670-1101
(305) 670-1161 Fax
***Counsel For Trans Union LLC***

9876130.1/SP/83057/3278/040318

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3${}^{rd}$ day of April, 2018, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Andrew J. Guzzo
aguzzo@kellyandcrandall.com
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Fax
and
Brandon J. Hill
bhill@wfclaw.com
Wenzel Fenton Cabassa, PA
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
(813) 224-0431
(813) 229-8712 Fax
*Counsel for Plaintiff*

John Anthony Love
tlove@kslaw.com
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
(404) 572-4600
(404) 572-5100 Fax
*Counsel for Equifax Information Services, LLC*

*/s/ Franklin G. Cosmen, Jr.*
**FRANKLIN G. COSMEN, JR.**

9876130.1/SP/83057/3278/040318

3