| | |
|---|---|
| ROD A. KHLEIF, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:18-cv-00554-RAL-MAP |
| | ) |
| CARRINGTON MORTGAGE SERVICES, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION PRO HAC VICE**

COMES NOW, Plaintiff, Rod A. Khleif, Sr., by and through the undersigned counsel and pursuant to Local Rule 2.0-2, hereby files this Unopposed Motion for Special Admission Pro Hac Vice, and states as follows:

1.      Pursuant to Local Rule 2.02(a), attorney Andrew J. Guzzo, of the law firm Kelly & Crandall, PLC, 3925 Chain Bridge Road, Suite 202, Fairfax, VA 22030, Telephone: 703-424-7576, Facsimile: 703-591-0179, and email to: aguzzo@kellyandcrandall.com, hereby requests special admission to practice before the Court in this action on behalf of the Plaintiff Rod A. Khleif, Sr.

2.      Mr. Guzzo is an active member in good standing of the bars of Virginia and Hawaii, and is admitted to practice before the following federal courts: United States District Court, Eastern District of Virginia and United States District Court, District of Hawaii.

3.      Mr. Guzzo is familiar with the Rules of this Court, including Rule 2.04, and is familiar with, and will be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida bar.

4. Mr. Guzzo has not been the subject of disciplinary action in the last five years by any bar or courts of any jurisdiction in which she has been licensed and has never been denied admission to the courts of any state or federal court during the last five years

5. The privilege afforded by Local Rule 2.02 has not been utilized by Mr. Guzzo to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Mr. Guzzo has appeared *pro hac vice* in two cases in Florida state or federal court in the 365 day period preceding the filing of this motion: *India Banks v. Kenneth Rees, et al.*, Case No. 8:17-cv-02201 (SDM/AAS); and *Catherine Rerisi v. Government Employees Insurance Company*, Case No. 8:17-cv-02230 (VMC/TBM).

6. In accordance with the local rules of this Court, Mr. Guzzo's Special Admission Attorney Certificate form completed by Mr. Guzzo has been forwarded to the Clerk of the Court. It is further certified that Mr. Guzzo has complied with the fee and e-mail registration requirements as required by Local Rule 2.01(d).

7. The undersigned counsel and member of the Middle District, Brandon J. Hill of the law firm of Wenzel Fenton Cabassa, P.A. will serve as the resident member on behalf of the Plaintiff and the applicant and for all purposes under Local Rule 2.02(a).

8. Plaintiff and the Defendants have agreed to Mr. Guzzo's special admission to practice before the Court in this action on behalf of the Plaintiff Rod A. Khleif, Sr.

WHEREFORE for the foregoing reasons and pursuant to Local Rule 2.02(a), the undersigned respectfully requests this Court authorize Andrew J. Guzzo to appear specially in this action on behalf of Plaintiff Rod A. Khleif, Sr., and grant any further or alternative relief as the Court may deem just and proper.

Dated: April 12, 2018

Respectfully submitted,

*/s/ Brandon J. Hill*

BRANDON J. HILL
Florida Bar No. 37061
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 337-7992
Facsimile No.: 813-229-8712
Email: bhill@wfclaw.com
Email: jcornell@wfclaw.com
*Co-Counsel Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CETIFY that on April 12, 2018, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record via transmission of Notice of Electronic Filing generated

by CM/ECF.

*/s/ Brandon J. Hill*

Florida Bar. No. 37061
Co-Counsel for Plaintiff