**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(TAMPA)**

ROD A. KHLEIF, SR.,

      Plaintiff,

                             Case No. 8:18-cv-00554-RAL-MAP

v.

CARRINGTON MORTGAGE SERVICES,
LLC, et al.,

      Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer

and Defenses to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf

of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax

denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

1.     Equifax admits Plaintiff purports to bring claims against it pursuant to the Fair

Credit Reporting Act ("FCRA"), but denies it violated the FCRA in its handling of Plaintiff's

credit file.

2.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates,

misquotes, or mischaracterizes the FCRA, Equifax denies the allegations.

3.     Equifax denies the allegations in Paragraph 3.

4.     Equifax admits Plaintiff purports to bring claims against it pursuant to the FCRA, but denies it violated the FCRA in its handling of Plaintiff's credit file.

5.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.     To the extent Plaintiff has properly alleged his claims, Equifax admits the Court may exercise its jurisdiction.

7.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.     Equifax admits the allegations in Paragraph 10.

11.     Equifax admits the allegations in Paragraph 11.

12.     Equifax admits the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 16.

17.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations.

26.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

29.     Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

30.     Equifax denies the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax denies the allegations in Paragraph 32.

33.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

34.     Equifax denies the allegations in Paragraph 34.

35.     Equifax denies the allegations in Paragraph 35.

36.     Equifax denies the allegations in Paragraph 36.

37.     Equifax denies the allegations in Paragraph 37.

38.     Equifax denies the allegations in Paragraph 38.

39.     Equifax denies the allegations in Paragraph 39.

40.     Equifax denies the allegations in Paragraph 40.

41.     Equifax denies the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax admits it uses e-Oscar. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44.

45. Equifax admits it uses ACDVs. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 54.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.     Equifax denies the allegations in Paragraph 64.

65.     Equifax denies the allegations in Paragraph 65.

66.     Equifax denies the allegations in Paragraph 66.

67.     Equifax denies the allegations in Paragraph 67.

68.    Equifax denies the allegations in Paragraph 68.

69.    Equifax denies the allegations in Paragraph 69.

70.    Equifax denies the allegations in Paragraph 70.

71.    Equifax denies the allegations in Paragraph 71.

72.    Equifax denies the allegations in Paragraph 72.

73.    Equifax denies the allegations in Paragraph 73.

74.    Equifax denies the allegations in Paragraph 74.

75.    Equifax denies the allegations in Paragraph 75.

76.    Equifax denies the allegations in Paragraph 76.

77.    Equifax denies the allegations in Paragraph 77.

78.    Equifax denies the allegations in Paragraph 78.

79.    Equifax denies the allegations in Paragraph 79.

80.    Equifax denies the allegations in Paragraph 80.

81.    Equifax denies the allegations in Paragraph 81.

82.    Equifax denies the allegations in Paragraph 82.

83.    Equifax denies the allegations in Paragraph 83.

84.    Equifax denies the allegations in Paragraph 84.

85.    Equifax denies the allegations in Paragraph 85.

86.    Equifax denies the allegations in Paragraph 86.

87.    Equifax denies the allegations in Paragraph 87.

88.    Equifax denies the allegations in Paragraph 88.

89.    Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE"

Paragraph.

90.    Equifax admits Plaintiff demands a jury trial.

91.    Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

## FIRST DEFENSE

At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

## SECOND DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## THIRD DEFENSE

Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## FOURTH DEFENSE

Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

## FIFTH DEFENSE

Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool*

*Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    it be dismissed as a party to this action;

(3)    it recover such other and additional relief as the Court deems just and appropriate.


Respectfully submitted this 1st day of May, 2018.

By: */s/ J. Anthony Love*
J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com
Counsel for Defendant Equifax Information
Services LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served

via the court's CM/ECF system on the following counsel of record in this case:

Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Rd Ste 202
Fairfax, VA 22030

Brandon J. Hill
Wenzel Fenton Cabassa, PA
1110 N Florida Ave Ste 300
Tampa, FL 33602-3343

This 1st day of May, 2018.

/s/ J. Anthony Love
J. Anthony Love