**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RIYAD KHLEIF,**

      **Plaintiff,**

**v.**                                 **CASE NO.: 8:18-cv-554 T26 MAP**

**CARRINGTON MORTGAGE SERVICES,**
**LLC et al**

      **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, RIYAD KHLEIF, and Defendant, CARRINGTON MORTGAGE

SEVICES, LLC, by and through their respective undersigned counsel, hereby stipulate to

the dismissal of this matter with prejudice in accordance with Federal Rule of Civil

Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 23rd day of May, 2018.

| | |
|---|---|
| Adam G. Schwartz, Esquire | Brandon J. Hill, Esquire |
| AKERMAN LLP | WENZEL FENTON CABASSA, P.A. |
| 777 S Flagler Dr, Suite 1100 | 1110 North Florida Avenue |
| West Palm Beach, FL 33401 | Suite 300 |
| Telephone: 305-772-5327 | Tampa, Florida 33602 |
| Facsimile: 561-659-6313 | Telephone: 813-337-7992 |
| | Facsimile: 813-229-8712 |

BY: \_\_/s/ *Adam G. Schwartz*_____       BY: \_/s/ *Brandon J. Hill*_____
    Adam G, Schwartz                         Brandon J. Hill
    Florida Bar Number: 26978            Florida Bar Number: 0037061
    E-mail: adam.schwartz@akerman.com   E-mail: bhill@wfclaw.com
    Counsel for Carrington Mortgage      E-mail: jcornell@wfclaw.com
    Services, LLC                           Counsel for Plaintiff