UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RIYAD KHLEIF,**

    **Plaintiff,**

v.                                         CASE NO.:   8:18-cv-554 RAL-SPF

**CARRINGTON MORTGAGE SERVICES,**
**LLC et al**

    **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RIYAD KHLEIF and Defendant, EQUIFAX INFORMATION SERVICES, LLC, by and through their respective undersigned counsels, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41 (a), with each party to bear its own attorneys' fees and costs.

Dated this 28th day of September, 2018.

| | |
|---|---|
| */s/J. Anthony Love* | */s/Brandon J. Hill* |
| J. Anthony Love | Brandon J. Hill |
| Florida Bar No.: 67224 | Florida Bar No.: 0037061 |
| Email: tlove@kslaw.com | Email: bhill@wfclaw.com |
| KING & SPALDING, LLP | WENZEL FENTON CABASSA, P.A. |
| 1180 Peachtree Street, N.E. | 1110 North Florida Avenue, Suite 300 |
| Atlanta, Georgia 30309 | Tampa, Florida 33602 |
| Telephone: 404-572-4600 | Telephone: 813-224-0431 |
| Facsimile: 404-572-5100 | Facsimile: 813-229-8712 |
| **Counsel for Defendant Equifax Information Services, LLC** | **Counsel for Plaintiff** |